# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Davis, Brian J. | U. S. District Court, Middle District of Florida | 05/13/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Bryan Simpson United States Courthouse
300 North Hogan Street, Suite 11-400
Jacksonville, FL 32202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors | Jacksonville Public Education Fund, Inc. |
| 2. | Member, Trustee | The Community Foundation, Inc. |
| 3. | Member, Board of Directors | North Florida Council, Boy Scouts of America, Inc. |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Brian J. | 05/13/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | State of Florida Retirement | $130,384.80 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | State of Florida Retirement |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Brian J. | 05/13/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Regions Bank | Mortgage on Investment Property, Jacksonville, FL | K |
| 2. DiTech Financial LLC | Mortgage on Investment Property, Jacksonville, FL | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davis, Brian J.** | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Citigroup Common Stock (X) | A | Dividend | J | T | | | | | |
| 2. Travelers Common Stock (X) | A | Dividend | J | T | | | | | |
| 3. Commuunity First Credit Union Accounts (X) | A | Interest | J | T | | | | | |
| 4. Regions Bank Accounts | A | Interest | L | T | | | | | |
| 5. VyStar Credit Union Accounts (X) | A | Interest | K | T | | | | | |
| 6. American Funds: American Mutual Fund | A | Dividend | J | T | | | | | |
| 7. Northwestern Mutual Rollover IRA (H) | | | | | | | | | |
| 8. Dreyfus Ins Deposit Program | A | Dividend | | | Sold | 09/30/19 | J | | Seller:Northwestern Mutual |
| 9. Cohen & Steers Real Estate Securities Fund Class I | A | Dividend | | | Sold | 09/30/19 | J | | Seller:Northwestern Mutual |
| 10. Deutsche Enhanced Commodity Strategy Fund Institutional Class | A | Dividend | | | Sold | 09/30/19 | J | | Seller:Northwestern Mutual |
| 11. John Hancock Disciplined Value Mid Cap Fund Class I | A | Dividend | | | Sold | 09/30/19 | J | | Seller:Northwestern Mutual |
| 12. PIMCO Income Fund Class P | A | Dividend | | | Sold | 09/30/19 | K | | Seller:Northwestern Mutual |
| 13. Prudential Total Return Bond Fund Class Z | A | Dividend | | | Sold | 09/30/19 | K | | Seller:Northwestern Mutual |
| 14. Prudential Global Total Return | A | Dividend | | | Sold | 09/30/19 | K | | Seller:Northwestern Mutual |
| 15. T Rowe Price Blue Chip Growth | A | Dividend | | | Sold | 09/30/19 | J | | Seller:Northwestern Mutual |
| 16. IShares Inc Edge MSCI Minimum Volatility Emerging Markets ETF | A | Dividend | | | Sold | 09/30/19 | J | | Seller:Northwestern Mutual |
| 17. Invesco Exchange-Traded FD TRII S&P 500 Low Volatility ETF | A | Dividend | | | Sold | 09/30/19 | K | | Seller:Northwestern Mutual |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Brian J. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Delaware Emerging Markets Fund | A | Dividend | | | Sold | 09/30/19 | J | | Seller:Northwestern Mutual |
| 19. IShares Inc MSCI France ETF | A | Dividend | | | Sold | 09/30/19 | J | | Seller:Northwestern Mutual |
| 20. IShares Inc MSCI Germany ETF | A | Dividend | | | Sold | 09/30/19 | J | | Seller:Northwestern Mutual |
| 21. IShares TR Core S&P 500 ETF | A | Dividend | | | Sold | 09/30/19 | K | | Seller:Northwestern Mutual |
| 22. IShares Japan | A | Dividend | | | Sold | 09/30/19 | J | | Seller:Northwestern Mutual |
| 23. IShares TR MSCI EAFE Minimum Volatility ETF | A | Dividend | | | Sold | 09/30/19 | K | | Seller:Northwestern Mutual |
| 24. John Hancock International Growth Fund Class I | A | Dividend | | | Sold | 09/30/19 | K | | Seller:Northwestern Mutual |
| 25. American Beacon Floating Rate Fund | A | Dividend | | | Sold | 09/30/19 | J | | Seller:Northwestern Mutual |
| 26. Baron Asset Fund | A | Dividend | | | Sold | 09/30/19 | J | | Seller:Northwestern Mutual |
| 27. Brown Capital Management Fund | A | Dividend | | | Sold | 09/30/19 | J | | Seller:Northwestern Mutual |
| 28. Columbia Seligman Global Fund | A | Dividend | | | Sold | 09/30/19 | J | | Seller:Northwestern Mutual |
| 29. Columbia Select Large Cap Value | A | Dividend | | | Sold | 09/30/19 | J | | Seller:Northwestern Mutual |
| 30. Columbia Overseas Value Fund | A | Dividend | | | Sold | 09/30/19 | J | | Seller:Northwestern Mutual |
| 31. Davis Financial Fund | A | Dividend | | | Sold | 09/30/19 | J | | Seller:Northwestern Mutual |
| 32. Franklin Convertible Fund | A | Dividend | | | Sold | 09/30/19 | K | | Seller:Northwestern Mutual |
| 33. Principal High Yield Fund | A | Dividend | | | Sold | 09/30/19 | K | | Seller:Northwestern Mutual |
| 34. Royce Opportunity Fund Investment Class | A | Dividend | | | Sold | 09/30/19 | J | | Seller:Northwestern Mutual |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Brian J. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Investment Property, Jacksonville, FL (05/13/20 Appraisal: $73,180) | A | Rent | L | Q | | | | | |
| 36. Investment Property, Jacksonville, FL (05/13/20 Appraisal:$109,584) | | None | M | Q | | | | | |
| 37. MetLife Variable Annuity, Fixed Account | A | Int./Div. | L | T | | | | | |
| 38. NorthWestern Mutual Variable Annuity (H) | | | | | | | | | |
| 39. Barix Institutional | A | Distribution | J | T | Buy | 08/16/19 | J | | Buyer:Northwestern Mutual |
| 40. John Hancock Value Mid-Cap | A | Dividend | J | T | Buy | 08/16/19 | J | | Buyer:Northwestern Mutual |
| 41. Russell Global Equity | A | Dividend | J | T | | | | | |
| 42. Russell Multifactor International | A | Dividend | J | T | | | | | |
| 43. Russell Multifactor U. S. Fund | A | Dividend | J | T | | | | | |
| 44. Russell U. S. Mid-Cap | A | Dividend | J | T | | | | | |
| 45. Russell Emerging Markets | A | Dividend | J | T | | | | | |
| 46. Russell Global Real Estate | A | Dividend | J | T | | | | | |
| 47. Russell Global Opportunistic | A | Dividend | J | T | | | | | |
| 48. Russell Global Infrastructure | A | Dividend | J | T | | | | | |
| 49. Russell Commodity Strategies Fund | A | Dividend | J | T | | | | | |
| 50. Russell Strategic Bond Fund | A | Dividend | J | T | | | | | |
| 51. Russell U. S. Small Equity Fund | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davis, Brian J.** | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Equity Income (MSA/T Rowe Price) | A | Dividend | J | T | | | | | |
| 53. FocusedAppreciation (MSA/Loomis Sayles) | A | Dividend | J | T | | | | | |
| 54. Growth Stock (MSA/The Boston Company) | A | Dividend | J | T | | | | | |
| 55. US Small Cap Equity (RIF) | A | Dividend | J | T | | | | | |
| 56. International Equity (MSA/Franklin Tmpl) | A | Dividend | J | T | | | | | |
| 57. International Growth (MSA/FIAM LLC) | A | Dividend | J | T | | | | | |
| 58. International Developed Markets (RIF) | A | Dividend | J | T | | | | | |
| 59. Select Bond (MSA/Wells Capital Mgmt) | A | Dividend | J | T | | | | | |
| 60. Strategic Bond (RIF) | A | Dividend | J | T | | | | | |
| 61. High Yield Bond (MSA/Federated Inv.) | A | Dividend | J | T | | | | | |
| 62. Global Real Estate Securities (RIF) | A | Dividend | J | T | | | | | |
| 63. Guaranteed Interest Fund I | A | Interest | K | T | | | | | |
| 64. NorthWest Mutual Whole Life Policy #1 | A | Dividend | J | T | | | | | |
| 65. NorthWest Mutual Whole LIfe Policy #2 | A | Dividend | K | T | | | | | |
| 66. NorthWest Mutual Whole Life Policy #3 | C | Dividend | M | T | | | | | |
| 67. American Funds: Growth and Income Fund #1 | A | Dividend | K | T | | | | | |
| 68. American Funds: Growth and Income Fund #2 | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davis, Brian J.** | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | American Funds: Growth and Income Fund #3 | A | Dividend | K | T | | | | | |
| 70. | Regions Investment Accounts (H) | | | | | | | | | |
| 71. | GS Fin Corp SR IDX ZRO LKD19 | A | Dividend | J | T | | | | | |
| 72. | Brown Advisory Growth Equity Fund | A | Dividend | L | T | Buy | 12/11/19 | L | | Buyer: Regions Bank |
| 73. | DoubleLine Emerging Markets Fixed Income Fund | A | Dividend | J | T | Buy | 12/31/19 | J | | Buyer: Regions Bank |
| 74. | Fidelity Money Market Portfolio | A | Dividend | K | T | Buy | 12/31/19 | K | | Buyer: Regions Bank |
| 75. | Franklin Convertible Securities Fund | A | Dividend | J | T | Buy | 09/30/19 | J | | Buyer: Regions Bank |
| 76. | Invesco S&P 500 Low Volatility ETF | A | Dividend | K | T | Buy | 10/02/19 | K | | Buyer: Regions Bank |
| 77. | IShares 20+ Year Treasury Bond ETF | A | Dividend | J | T | Buy | 12/11/19 | J | | Buyer: Regions Bank |
| 78. | IShares Core S&P Mid-Cap ETF | A | Dividend | J | T | Buy | 12/11/19 | J | | Buyer: Regions Bank |
| 79. | IShares Core S&P Small-Cap ETF | A | Dividend | J | T | Buy | 12/11/19 | J | | Buyer: Regions Bank |
| 80. | IShares Russell 1000 Value ETF | A | Dividend | K | T | Buy | 12/11/19 | K | | Buyer: Regions Bank |
| 81. | JPMorgan Equity Income Fund | A | Dividend | K | T | Buy | 09/30/19 | K | | Buyer: Regions Bank |
| 82. | JPMorgan Hedged Equity Fund | A | Dividend | J | T | Buy | 11/11/19 | J | | Buyer: Regions Bank |
| 83. | PGIM High Yield Fund | A | Dividend | J | T | Buy | 10/24/19 | J | | Buyer: Regions Bank |
| 84. | PIMCO Income Fund | A | Dividend | J | T | Buy | 12/11/19 | J | | Buyer: Regions Bank |
| 85. | US Dollar | A | Dividend | J | T | Buy | 10/02/19 | K | | Buyer: Regions Bank |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davis, Brian J.** | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Vanguard S&P 500 ETF | A | Dividend | K | T | Buy | 12/11/19 | K | | Buyer: Regions Bank |
| 87. Vanguard Total Bond Market ETF | A | Dividend | K | T | Buy | 11/18/19 | K | | Buyer: Regions Bank |
| 88. Vanguard Total International Stock Index Fund | A | Dividend | K | T | Buy | 10/24/19 | K | | Buyer: Regions Bank |
| 89. GS Fin Corp SR GLBL INDX 20 | A | Dividend | J | T | | | | | |
| 90. Brown Advisory Growth Equity Fund | A | Dividend | K | T | Buy | 12/30/19 | K | | Buyer: Regions Bank |
| 91. Fidelity Money Market Portfolio | A | Dividend | J | T | Buy | 12/31/19 | J | | Buyer: Regions Bank |
| 92. GS Finance Corp Zero Coupon 01 Oct 2020 | A | Dividend | J | T | Buy | 09/30/19 | J | | Buyer: Regions Bank |
| 93. IShares 20+ Year Treasury Bond ETF | A | Dividend | J | T | Buy | 12/26/19 | J | | Buyer: Regions Bank |
| 94. IShares Core S&P Mid-Cap ETF | A | Dividend | J | T | Buy | 12/20/19 | J | | Buyer: Regions Bank |
| 95. IShares Core S&P Small-Cap ETF | A | Dividend | J | T | Buy | 12/20/19 | J | | Buyer: Regions Bank |
| 96. IShares Preferred & Income Securities ETF | A | Dividend | J | T | Buy | 12/06/19 | J | | Buyer: Regions Bank |
| 97. IShares Russell 1000 Value ETF | A | Dividend | K | T | Buy | 12/20/19 | K | | Buyer: Regions Bank |
| 98. JPMorgan Hedged Equity Fund | A | Dividend | J | T | Buy | 12/20/19 | J | | Buyer: Regions Bank |
| 99. PGIM High Yield Fund | A | Dividend | J | T | Buy | 10/24/19 | J | | Buyer: Regions Bank |
| 100. PIMCO Income Fund | A | Dividend | J | T | Buy | 12/11/19 | J | | Buyer: Regions Bank |
| 101. Vanguard S&P 500 ETF | A | Dividend | K | T | Buy | 12/11/19 | K | | Buyer: Regions Bank |
| 102. Vanguard Total Bond Market ETF | A | Dividend | J | T | Buy | 11/18/19 | J | | Buyer: Regions Bank |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davis, Brian J.** | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Vanguard Total International Stock Index Fund | A | Dividend | J | T | Buy | 10/24/19 | J | | Buyer: Regions Bank |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davis, Brian J.** | 05/13/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Brian J. | 05/13/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Brian J. Davis**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544